IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GARIMA DHAWAN,<br><br>                Plaintiff,<br><br>    v.<br><br>AMERICAN GREETINGS CORPORATION; PRGCO, LLC; PAPYRUS RECYCLED GREETINGS, INC.; TARGET CORPORATION; and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No. 1:18-cv-01319<br><br>Hon. Donald C. Nugent |

## JOINT STATUS REPORT

Plaintiff Garima Dhawan ("Plaintiff") and Defendants American Greetings Corporation, PRGCO, LLC, Papyrus-Recycled Greetings, Inc. and Target Corporation ("Defendants") (together, the "Parties"), having held their mediation scheduled for August 13, 2018, hereby report that they have reached settlement and executed a written settlement agreement. Plaintiff expects to file a Notice of Dismissal with prejudice within ten (10) business days. The Parties respectfully request that the Case Management Conference scheduled for August 20, 2018 and related obligations be cancelled.

Dated:  August 15, 2018

Respectfully submitted,

/s/ *Sharon Raminfard* (by permission)
Farhad Novian (pro hac vice)
farhad@novianlaw.com
Sharon Raminfard (pro hac vice)
sharon@novianlaw.com
**NOVIAN AND NOVIAN LLP**
1801 Century Park East, Suite 1201
Los Angeles, CA 90067
Telephone: 310.553.1222
Facsimile: 310.553.0222

*/s/ Mark E. Avsec*
Mark E. Avsec (0064472)
**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland OH  44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
mavsec@beneschlaw.com
*Counsel for Defendants*

11434601 v1

David A. Schaefer
das@mccarthylebit.com
**MCCARTHY, LEBIT, CRYSTAL & LIFFMAN**
1800 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
Telephone: 216-696-1422
Facsimile: 216-696-1210

*Counsel for Plaintiff*

11434601 v1